IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS HALL, SR.**                                                        **PLAINTIFF**

**v.**                            **CASE NO. 4:21-CV-00106-BSM**

**ERIC S. HIGGINS**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of July, 2022.

                                                         _/s/ Brian S. Miller_
                                                         UNITED STATES DISTRICT JUDGE