IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS HALL, SR.                                                                                   PLAINTIFF

CASE NO. 4:21CV00106 BSM

ERIC S. HIGGINS                                                                                    DEFENDANT

## NOTICE OF APPEAL

Comes now, **PLAINTIFF, CARLOS HALL, SR.**, through counsel, and for this Notice of Appeal, he states:

1. Carlos Hall, Sr. appeals the Court's Orders granting Summary Judgment in this matter to the 8th Circuit Court of Appeals for the United States of America.

2. The method of appendix preparation will be separate.

3. Statement of issues are as follows:

    a. Did the District Court err in granting Defendant's summary judgment?

    b. Did the District Court err by refusing to grant all reasonable inferences in favor of the Plaintiff?

Respectfully submitted,

**SUTTER& GILLHAM, P.L.L.C.**
Attorneys at Law
Post Office Box 2012
Benton, Arkansas 72018
(501) 315-1910 – Office
(501) 315-1916 - Facsimile
*Attorneys for the Plaintiff*

By:     */s/ Luther Oneal Sutter*_____
Luther Oneal Sutter, ABN 95031
Luther.sutterlaw@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Notice of Appeal, has been served on this, the 27th day of July, 2022, via ECF/Eflex upon counsel for the Defendants, as follows:

Annie Depper

                                                 By:    */s/ Luther Oneal Sutter*_____
                                                           Luther Oneal Sutter, ABN 95031