# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS HALL, SR.**                                                                                   **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-00106-BSM**

**ERIC S. HIGGINS**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE